UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEWIS VINCENT HUGHES,<br><br>    Defendant. | CASE NO. CR04-411C<br><br>ORDER |

This matter comes before the Court on Defendant Lewis Vincent Hughes' Motion for Hearing (Dkt. No. 115). Defendant's request for a hearing prior to complying with the terms of his supervised release is hereby DENIED.

SO ORDERED this    12th    day of August, 2005.

_John C. Coughenour_
UNITED STATES DISTRICT JUDGE

ORDER – 1